JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER S. ZARAGOZA, | NO. CV 13-9218-DMG (SP) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID B. LONG, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 28, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE